[No. 68149-4-I.   Division One.   December 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DALE MONSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01059-3, David A. Kurtz, J., entered December 28, 2011. *Affirmed* by unpublished per curiam opinion.

[No. 67219-3-I.   Division One.   January 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR COLLIN SNOW, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-00523-7, Ira Uhrig, J., entered May 31, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Dwyer, JJ.

[No. 67245-2-I.   Division One.   January 7, 2013.]

REBECCA LAWRENCE, *Respondent*, v. TRUGREEN LANDCARE, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-03652-5, Kenneth L. Cowsert, J., entered April 1, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse, J., and Ellington, J. Pro Tem.

[No. 67749-7-I.   Division One.   January 7, 2013.]

JOSEPH ERIC JANASZAK, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-10797-5, Steven C. Gonzalez, J., entered September 2, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Lau, J., and Ellington, J. Pro Tem. Now published at 173 Wn. App. 703.